# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GONZALES, | )<br>) |
|     Petitioner, | )    No. C 04-0084 CRB (PR)<br>) |
| vs. | )    ORDER DENYING<br>)    CERTIFICATE OF |
| MICHAEL MARTEL, Warden, | )    APPEALABILITY<br>) |
|     Respondent. | )    (Doc # 54)<br>) |

        Petitioner has filed a notice of appeal and request for a certificate of appealability (COA) under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b).

        Petitioner's request for a COA (doc # 54) is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

        The clerk shall forward to the court of appeals the case file with this order. <u>See</u> <u>United States v. Asrar</u>, 116 F.3d 1268, 1270 (9th Cir. 1997).

SO ORDERED.

DATED: May 28, 2009

                                                    CHARLES R. BREYER<br>
                                                    United States District Judge

G:\PRO-SE\CRB\HC.04\Gonzales, R1.coa.wpd